# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**RICHARD ALAN DAVIS**  **PLAINTIFF**
**ADC #89568**

v.  No: 2:20-cv-00147 JM-PSH

**GAYLON LAY,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the Defendants' motion to deny or continue Davis' motion for summary judgment (Doc. No. 31) is granted, and Davis' motion for summary judgment (Doc. No. 26) is denied as premature and unsupported.

DATED this 17th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE