# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**RICHARD ALAN DAVIS**  **PLAINTIFF**
**ADC #89568**

v.   No: 2:20-cv-00147 JM-PSH

**GAYLON LAY,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the Movants' motion for summary judgment (Doc. No. 22) is granted and Davis' claims against Shores, Randle, and Deen are dismissed without prejudice for failure to exhaust available administrative remedies. Davis' claims against Lay, Branch, and Dycus will proceed.

DATED this 5th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE