IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RICHARD ALAN DAVIS**     **PLAINTIFF**
**ADC #89568**

v.     No: 2:20-cv-00147 JM

**GAYLON LAY,** *et al.*     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the motion for summary judgment (Doc. No. 76) filed by Plaintiff Richard Alan Davis is denied, and the motion for summary judgment (Doc. No. 93) filed by defendants Gaylon Lay, Emmer Branch, and James Dycus is granted. Davis' remaining claims against Lay, Branch, and Dycus are dismissed with prejudice.

DATED this 3rd day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE