IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RICHARD ALAN DAVIS**                                                      **PLAINTIFF**
ADC #89568

v.                                   No: 2:20-cv-00147 JM

**GAYLON LAY,** *et al.*                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing Plaintiff's claims against Gaylon Lay, Emmer Branch, and James Dycus with prejudice. Plaintiff's claims against Randy Shores, Kenyon Randall, and Jeffery Deen are dismissed without prejudice.

DATED this 3rd day of January, 2023.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE